**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES MLADOSICH,<br><br>   Plaintiff,<br><br>   vs.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY, ET AL.,<br><br>   Defendants. | CASE NO. ED CV 07-01147 VAP (RZx)<br><br>ORDER VACATING HEARING OF<br>SEPTEMBER 29, 2008; ORDER TO<br>SHOW CAUSE RE SANCTIONS |

        The Court has reviewed the 93-page Joint Stipulation of the parties as to the present discovery dispute. It appears to the Court that much of the dispute could have been resolved had the parties, as required by the Local Rules, sat down and tried to work out compromises where compromises were possible. The Court will not do the parties' work for them; it will only resolve disputes that remain after the parties, in good faith, attempt to resolve the matter themselves. This is the design of both the national and local civil procedure rules.

        Accordingly, the hearing set for Monday, September 29, 2008, at 10:00 a.m. is vacated.

        Counsel are ordered to meet in person not later than Friday October 3, 2008, at a mutually convenient time and location. If a mutually convenient time and location cannot be arrived at, counsel shall meet at a time and location designated by Plaintiff's

counsel upon twenty-four hours notice sent by e-mail or facsimile transmission. At such meeting, counsel shall exhaust all possibilities of resolving this discovery dispute without Court attention.

In what the Court considers the unlikely event that this matter cannot be resolved among counsel, then counsel shall formulate a new Joint Stipulation, containing only those disputes which remain. The Court will hear the matter on shortened notice, upon application by the moving party.

It is further ordered that Defendant shall show cause why it should not be sanctioned for failing to comply with the Local Rules governing discovery and discovery disputes. It appears from the documents presently before the Court that Defendant did not meet and confer prior to the filing of the Joint Stipulation, as required by Local Rule 37. In unverified statements, defense counsel appears to put the blame on a departed associate, but it appears that written communication, addressed to other attorneys at defense counsel's firm, was sent and apparently not responded to. The Court's preliminary view is that defense counsel's personnel issues do not justify the failure to comply with the Local Rules. The Court also notes that defense counsel has not complied with local rules concerning the formatting of discovery responses. Defendant shall set forth its response to this Order to Show Cause in writing filed with the Court not later than October 6, 2008. Plaintiff may file any rejoinder not later than October 10, 2008.

The Clerk of the Court shall notify counsel by telephone that the hearing has been vacated, as well as serving this Order in accordance with the General Orders and Local Rules of this Court.

IT IS SO ORDERED.

DATED: September 26, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE